# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

UNITED STATES OF AMERICA,       :
                             :

    v.                           :
                             :

WILLIAM WILCOX BINNER, III,    :    CASE NO:  7:23-CR-40-WLS-TQL-1
                             :

    Defendant.               :
_____

## ORDER

Before the Court is Defendant William Wilcox Binner's Motion to Revoke Detention Order and Set Conditions of Release (Doc. 39) ("Motion"). Pursuant to 18 U.S.C. § 3145(b), the Court must address the Motion promptly.

Accordingly, it is hereby **ORDERED** that the Government shall file its response to the Motion on or before **Friday, June 23, 2023**.

    **SO ORDERED**, this 20th day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**