IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| WILLIAM WILCOX BINNER, III and ALEXIS NICOLE HOGAN, | : CASE NO: 7:23-CR-40-WLS |
| Defendants. | : |

## ORDER

The Court intends to notice this case for the November 2023 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, September 15, 2023**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 29th day of August 2023

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**