IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : |
| **WILLIAM WILCOX BINNER, III,** | :   CASE NO: 7:23-CR-40-WLS-TQL-1 |
| | : |
| **Defendant.** | : |
| _____ | : |

### ORDER

Before the Court is the Defendant's Amended Second Motion to Continue Trial (Doc. 51) ("Amended Motion") filed September 18, 2023. Therein, Defense Counsel states that he filed the Amended Motion to provide further details in support of Defendant's Second Motion to Continue Trial (Doc. 49) ("Original Motion") filed September 14, 2023.

By Order (Doc. 50) entered September 15, 2023, the Court granted the Original Motion and continued the trial of Defendant William Wilcox Binner, III, to the Valdosta Division February 2024 trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, the Order provided that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, was excluded from the calculation of the time within which Defendant's trial must commence pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

Accordingly, as the relief requested in the Amended Motion has already been granted, the Amended Motion (Doc. 51) is hereby **DENIED** as **MOOT**.

**SO ORDERED**, this 19th day of September 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**