IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> :                        CASE NO: <br> :           7:23-CR-40-WLS- TQL-1 <br> WILLIAM WILCOX BINNER, III, : <br> : <br>    Defendants. : <br> _____ : | |

**ORDER**

The Court intends to notice Defendant William Wilcox Binner, III,'s case for trial during the February 2024 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, December 8, 2023**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial.[1] If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 29th day of November 2023.

                                                        /s/ W. Louis Sands
                                                        **W. LOUIS SANDS, SR. JUDGE**
                                                        **UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Defendant's pending motion for reconsideration of the Court's order denying his motion to revoke the Court's May 30, 2023 detention order will be resolved prior to trial and is irrelevant to whether his case is ready for trial. (*See* Docs. 56, 43, 39, 28)

1