IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| WILLIAM WILCOX BINNER, III, | : CASE NO: 7:23-CR-40-WLS-TQL-1 |
| Defendant. | : |

## ORDER

Before the Court is Defendant's Motion for Reconsideration of this Court's Decision to Uphold the Detention Order and to Set Conditions of Pretrial Release (Doc. 56) ("Motion to Reconsider") filed November 22, 2023. Therein, Defendant moves this Court to reconsider its Order (Doc. 43) entered July 12, 2023, denying Defendant's Motion to Revoke Detention Order and Set Conditions of Release (Doc. 39) ("Motion to Revoke").

To assist the Court in the prompt resolution of the Motion to Reconsider, it is hereby **ORDERED** that the Government shall file its response to the Motion to Reconsider on or before **Tuesday, December 5, 2023**.

**SO ORDERED**, this 29th day of November 2023.

                                                                /s/ W. Louis Sands
                                                                **W. LOUIS SANDS, SR. JUDGE**
                                                                 **UNITED STATES DISTRICT COURT**