IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO: 7:23-CR-40-WLS-TQL-1** |
| : | |
| **WILLIAM WILCOX BINNER, III,** : | |
| : | |
| Defendant. : | |
| _____ : | |

**ORDER**

  A pretrial conference is currently scheduled to take place in this matter on January 10, 2024, at 3:00 PM in Albany, Georgia. (Doc. 64). On January 8, 2024, the Defendant filed a Motion for Change of Plea Hearing (Doc. 66) ("Motion"). Therein, the Defendant notified the Court that: "On or about December 22, 2023, the Undersigned Counsel advised the Government's Attorney that the Defendant in the captioned case would be entering into the . . . proposed plea agreement as opposed to going to trial." (*Id.* ¶ 3) Defendant requests that the January 10, 2024, pretrial conference be cancelled and that the Court schedule a change of plea hearing.

  In order to conserve judicial resources and prevent unnecessary production of the Defendant, [1] it is hereby **ORDERED** that the January 10, 2024, Pretrial Conference is **CANCELLED**. A change of plea hearing for Defendant will take place on **Tuesday, January 23, 2024 at 2:00 p.m.** in Albany, Georgia.

  **SO ORDERED**, this 9th day of January 2024.

                /s/ W Louis Sands
                **W. LOUIS SANDS, SR. JUDGE**
                **UNITED STATES DISTRICT COURT**

---

[1] Counsel for the Parties are reminded and directed that it is their responsibility to notify the Court **immediately** upon the Parties' agreement to enter into a plea agreement to avoid wasting judicial and other government resources.